MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JONATHAN SCHMIDT (230646)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: jonathan.schmidt@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 03-00128 PJH |
| ) | |
| Plaintiff, ) | |
| ) | MOTION TO DISMISS BY THE UNITED |
| v. ) | STATES AND [PROPOSED] ORDER OF |
| ) | DISMISSAL |
| ACIE L. MATHEWS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment.

    This above entitled case is a companion case to *United States v. Acie L. Mathews*, CR 01-0149 MJJ. In the '01 case, on September 16, 2005, Mr. Mathews pled guilty pursuant to a plea agreement. Docket # 664, 665 and 666. In the plea agreement, the government agreed to move to dismiss, at sentencing, any open charges against Mr. Mathews in cases CR 01-0149 and CR 03-0128. Mr. Mathews was sentenced in the '01 case on March 30, 2006. Docket # 716.

//

//

//

NOTICE OF DISMISSAL (CR 03-0239 PJH)

Accordingly the '03 charge should be dismissed.

DATED: November 14, 2012              Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney


                                      _____s/_____
                                      MIRANDA KANE
                                      Chief, Criminal Division

**IT IS HEREBY ORDERED** that leave to dismiss the Indictment in CR 03-00128 PJH is granted and the Indictment is hereby dismissed.

Date: 11/16/12                        _____
                                      PHYLLIS J. HAMILTON
                                      United States District Judge

2